IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ALEXANDER JOSE MAYORA-BLANCO,<br><br>        Defendant. | **8:25CR110**<br><br>**ORDER** |

      **THIS MATTER** is before the court on the motion of Joseph L. Howard to withdraw as counsel for the defendant, Alexander Jose Mayora-Blanco (Filing No. 56). For good cause shown, the motion will be granted. Jerrod P. Jaeger, 649 West Military Avenue, Fremont, NE 68025, 402-304-7962, is appointed to represent the defendant for the remainder of the proceedings and shall forthwith file an appearance in this matter. Joseph L. Howard's motion to withdraw (Filing No. 56) is granted.

      Joseph L. Howard shall forthwith provide Jerrod P. Jaeger any discovery materials provided to the defendant by the government and any such other materials obtained by Joseph L. Howard which are material to Alexander Jose Mayora-Blanco's defense.

      The clerk shall provide a copy of this order to Jerrod P. Jaeger.

      **IT IS SO ORDERED.**

      Dated this 3rd day of June, 2025.

                                                                                  BY THE COURT:

                                                                                   s/ Ryan C. Carson<br>
                                                                                    United States Magistrate Judge